01-15-00605-CR

CAUSE NO. 73277

THE STATE OF TEXAS            300th District Court

vs                              of

DEXTER KEITH ROYSTON      Brazoria County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 9:36:43 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 17th day of June, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, First Judicial District.

Date of Judgment or Other Order Appealed From: 6/10/15

Date of Sentencing: 6/10/15

Name of Trial Court Judge: K. Randall Hufstetler

Name of Court Reporter: Renee Rape

Name and Address of Defense Attorney on Appeal:
          Perry Stevens, (Appointed)
          603 E. Mulberry
          Angleton, Texas 77515

Name and Address of Attorney for the State on Appeal:
          Jeri Yenne, District Attorney
          Brazoria County Courthouse
          111 East Locust, Suite 408-A
          Angleton, TX 77515

Defendant Incarcerated? Yes

Motion for New Trial Filed? No

Appeal Bond: No     Date N/A

Offense and Punishment: AGGRAVATED ASSAULT – HABITUAL: FORTY (40) YEARS – TDCJ-ID

                 RHONDA BARCHAK, District Clerk

                 By /S/ Kathleen McDougald, Deputy

Appeal Notice of Assignment

TO: Brazoria Co. District Clerk
111 E. Locust St.
Angleton, TX 77515

2015 JUN 17 AM 11:19
DISTRICT CLERK
BRAZORIA COUNTY TEXAS
FILED FOR RECORD
73277

From: Dexter Keith Royston #50997
Brazoria Co. Detention Center
3602 CR 45
Angleton, TX 77515

Re: Notice of Filling Appeal:
Case # 73277 / Aggravated Assault

Greeting, ON 10 of June 2015 iN
the 300 District Court of Brazoria County,
I was sentence to 40 yrs. of T.D.C.J.
And I state that I wish to Appeal

Furthermore, I also request that an
appeallant attorney be appointed to
represent me. I also request that I
be provided with a complete court
transcripts of my trail to prepare my
grounds for litigation. Please send
the transcript to me in this Jail.
Thank you very much

Respectfully Submitted
by

Dexter Royston

Dexter Royston # 50997
3603 CR 45
BC DC
Angleton, TX 77515

NORTH HOUSTON TX 773

BRAZORIA COUNTY SHERIFF'S OFFICE
25 JAN 2015 PM 11

Brazoria County District Clerk
111 E. Locust st.
Angleton, TX 77515

77515467625